UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:17-CR-62 |
| | ) | REEVES/CORKER |
| DIEGO GONZALEZ LOPEZ | ) | |
| | ) | |
| | ) | |

## ORDER

This matter is before the Court on the Government's motion to dismiss the Indictment against Diego Gonzalez Lopez [D. 45], pursuant to Federal Rule of Criminal Procedure 48(a). The Court finds the motion well-taken, and it is **GRANTED**. The indictment [D. 7] as to Diego Gonzalez Lopez is hereby **DISMISSED without prejudice**. Further, the status hearing set for December 16, 2019 is **CANCELLED**.

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

1